United States Courts
Southern District of Texas
FILED
October 31, 2024
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § |
| BRITTANY DIPAOLO | § § § |
| Defendant | § § |

Criminal No. **4:24-cr-00562**

# INDICTMENT

## COUNT 1

Adulteration of a Drug with Intent to Defraud and Mislead
(21 U.S.C. §§ 331(k) and 333(a)(2))

1. On or about June 6, 2022, in the Southern District of Texas, Houston Division, Defendant **BRITTANY DIAPOLO**, with the intent to defraud and mislead, caused a drug, specifically Hydromorphone HCL 10 mg/50 mL, while it was held for sale after shipment in interstate commerce, to become adulterated within the meaning of 21 U.S.C. § 351(d), in that the defendant mixed a substance with sterilized water so as to reduce its quality and strength, and in that the defendant substituted a substance wholly or in part for Hydromorphone HCL 10 mg/50 mL.

2. This was in violation of Title 21, United States Code, Section 331(k) and 333(a)(2).

ALAMDAR HAMDANI
United States Attorney

*Sherin Daniel*

SHERIN DANIEL
Assistant United States Attorney
United States Attorneys Office
Southern District of Texas

1

1000 Louisiana St., Suite 2300
Houston, Texas 77002